DAVID SEXTON, as Administrator of the Estate of GRACE SEXTON, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Sexton* v. *N. Y. C. & H. R. R. R. Co.,* 114 App. Div. 678, affirmed.
(Argued May 29, 1907; decided June 14, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 27, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*George H. Harris* for appellant.

*Daniel M. Beach* for respondent.

Judgment affirmed, with costs, on the authority of *McInerney* v. *D. & H. C. Co.* (151 N. Y. 411) and *Higgins* v. *W. U. Tel. Co.* (156 N. Y. 75); no opinion.

Concur: O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.